Case 2:16-cv-01352-RDP-SGC   Document 1   Filed 08/19/16   Page 1 of 6
CV-16-P-1352-S
FILED
2016 Aug-19 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 234394

Dawon L. Ellis

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*
>
> FILED 2016 AUG 19 A 11:08 U.S. DISTRICT COURT N.D. OF ALABAMA

vs.

Cameron N. Jones (Officer)

S. Harrison (Officer A-Night)

Officer Willis (B-Night)

(Enter above full name(s) of the defendant(s) in this action)

I.   Previous lawsuits

  A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✕ )          No (   )

  B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

           Plaintiff:   Dawon Ellis

           Defendant(s):   S. Strawn

2. Court (if Federal Court, name the district; if State Court, name the county)
   Northern district

3. Docket number CV-16-K-1004-S

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

6. Approximate date of filing lawsuit June 20, 2016

7. Approximate date of disposition _____

II. Place of present confinement William E Donaldson

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

   C. If your answer is YES:

      1. What steps did you take? I wrote the warden a complint and the Dow about office Refuseing Inmats of their treatment Never got a Answer Back.

      2. What was the result? Never got a answer Back, Lt Jenkins got me to write a Statement One time But Never said anything else about it.

   D. If your answer is NO, explain why not: The Prison Grievance are not to work Everyone Ride together they cover each other up.

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Davon L. Ellis

Address 100 Warrior Ln
Bessemer AL 35023

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Officer Jan doe Harrison - A-Nights

Is employed as William E. Donaldson

at 100 Warrior Ln Bessemer AL 35023

C. Additional Defendants Cameron N. Jones
C. Jones, Officer Jan doe Lett OE
100 Warrior Ln Bessemer AL 35023

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I have Brought it to the Warden's Knowledge that officer Harrison, C. Jones, are Refusing Inmates On X-Side their medical treatment. Every night that officer Harrison work he refuse Inmate Davon Ellis of My medical treatment. On 7-9-2016 officer lett Worked with officer Harrison I shawed officer Lett My Pill slip to get My treatment he told me that he will be Back But allow officer Harrison to tell him to do different officer Harrison, Lett, C. Jones Are In fact In violation of My Rights Prison Rights

4

On 8-14-2016, officer willis was assign to x+y Cube. Officer willis came out of the Cube, officer willis was not Suppose to Come out the Cube at no time, officer Willis is On Probation For Bringing Inmates Drugs and Cell Phones, So he is not to be In the Dorms at no time officer C. Jones Go In the Cube and go to Sleep officer Willis Come out the Cube. I Davon Ellis was Sweeping the Floor with Tarus Bell, Because C. Jones Told me To, So officer Willis Come out the Cube Push me, when I told him Dont Put his Hands On me no more the Pulled his stick out, So when we got In my Door officer willis hit me On my Butt with the Stick and then Call me a "Chup Ass Nigga". I told another officer that I would Like a Body Chart and talk to Lt. Shift Commander, He told me "fuck Naw" So I wait til they Call Chow Call, I then when up to the Sergt and told him that I wanted a Body Chart the officer Just Sexually Assaulted me So when they start Calling Inmates down to Investagat it officer C. Jones Thats a Correctional officer Started telling Tarus Bell A Inmate that Im trying to get him "Fucked up" So me and the Inmate get into it, So C. Jones tell Tell me "Since I got to write Statments and Shit Im should write you up" C. Jones is a officer he is one of them officer that bring Drugs Into the Prison and start stuff Between other Inmates, officer Willis is the Same way. But they get led way Because the Lt's thats On the shift hang out with C. Jones father they from the Same Place, Willis Been here with them forever they have dune alot of Dirty together Plus Officer willis was Wrote with a Inmate Killing "Death" So After I Let them Know that Officer willis Sexually Assaulted me, Officer willis send me a threat told them to tell me that he gone "Kill me,"

to Medical treatment and my US Constitutional Rights of the 8th Amendment 9th Amendment 14th Amendment, Officer Harrison & Officer Jones has tried to come to why Inmates sleep and take One Inmate to treatment just to say they did Pink Slip treatment Inmate Richardson In B-6 Cell they take him then when I myself and another Inmate say some they Say they not doing treatment,

V.  **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Im Asking for a Monetary Damage of $50,000.00 from each Individual And Ask that they Be Dismissed From there Job, I Ask that this lawsuit be Individual law suit, I Ask for a Temporary Restraining order. On C. Jones S. Harrison - A-night, I Ask that the Court order the State to Remove me from Williams E Donaldson Correctional facility

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-18-2016

SIGNATURE

ADDRESS 100 Warrior Ln

Bessemer Al 35023

AIS # 232894

5

Donel Fil: 231394
Williams E. Donaldson Correctional Facility
100 Warrior Ln 1
Bessemer AL 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

BIRMINGHAM AL 350
18 AUG 2016 PM 1 L

AUG 19 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



United States District Court
Office of the Clerk
Northern district of Alabama
Room 140
United States Courthouse
1729 5th Ave North
Birmingham Alabama 35203

35203-203799